

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-17-00333-CV

**IN RE** Maria Cecilia **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                 Marialyn Barnard, Justice
                 Irene Rios, Justice

On January 8, 2018, relator filed a petition for writ of mandamus challenging orders issued on January 26, 2017, and on May 22, 2017, by the County Court at Law of Starr County, Texas. Relator also filed an emergency motion for stay. On January 8, 2018, this court issued an order staying all proceedings in the trial court and requesting a response. Real parties in interest filed a response.

The court has considered the pleadings filed by the parties, the record, and the relevant law, and is of the opinion relator is not entitled to relief as to the May 22, 2017 order because that order is now moot based on the trial court's January 9, 2018 Amended Order Denying Plea to the Jurisdiction, nor is relator entitled to mandamus relief as to the trial court's denial of relator's plea to the jurisdiction or the January 26, 2017 order. Accordingly, the petition for writ of mandamus is DENIED.

The stay issued by this court on January 8, 2018 is hereby LIFTED.

It is so **ORDERED** on January 26, 2018.

_____
Irene Rios, Justice

---

[1] This proceeding arises out of Cause No. PR-06-004, styled *In the Estate of Ignacia G. Gutierrez*, pending in the County Court at Law, Starr County, Texas, the Honorable Romero Molina presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2018.



KEITH E. HOTTLE,
Clerk of Court